IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YESENIA MELENDEZ, *Plaintiff,* v. PENN INTERNAL MEDICINE, *Defendant.* | CIVIL ACTION NO. 23-786 |

### ORDER

**AND NOW**, this 11th day of December, 2023, upon consideration of Defendant's Motion for Summary Judgment, (ECF 18), all briefs and exhibits filed in support of the Motion, Plaintiff's Response, (ECF 19), Defendant's Reply (ECF 21), and after holding oral argument, (ECF 22), it is hereby **ORDERED** that the Motion is **GRANTED** and judgment shall be entered in favor of Defendant The Trustees of the University of Pennsylvania, incorrectly identified as Penn Internal Medicine, on all counts.

The Clerk of Court shall close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.